UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:

VICTORIA DENISE HUNT                                   Chapter 7
                                                        Case No. 07-53224-SWR
            Debtor.                                     Hon: Steven W. Rhodes
_____/

**NOTICE OF UNCLAIMED DIVIDENDS**

To the Clerk of the Court:

The attached check in the amount of $78.97, which represents unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347. The name and address of the party entitled to the unclaimed dividends is:

| CLAIM NUMBER | CLAIMANT | AMOUNT |
|---|---|---|
| * | Victoria Hunt<br>12576 Wilshire<br>Detroit, MI 48213 | $78.97 |
| | **TOTAL:** | **$78.97** |

* No claim number --- This was a payment to debtor based on Notice of Trustee's Intent to Abandon. We were unable to locate debtor.

Dated:   8/4/10                              /s/ Stuart A. Gold
                                              Stuart A. Gold, Trustee
                                              24901 Northwestern Hwy., Ste 444
                                              Southfield, MI 48075-2223
                                              (248) 350-8220
                                              stuart.gold@7trustee.net